IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Century 21 McDaniel & McDaniel Company, Inc., on behalf of itself and all other similarly situated, | ) ) ) ) | C/A No. : 7:04-21984-27 |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | |
| Business Telecom Incorporated, | ) ) ) | |
| Defendant. | ) ) ) | |

    This Court has scheduled a hearing on the Plaintiff's Motion to Certify Class, Defendant's Motion to Strike and Defendant's Motion for Partial Summary Judgment for February 1, 2006 at 3:00 p.m. The defendant has now filed a Motion for Leave to Amend its Answer, document # [36].

    Inasmuch as the subject matter of Defendant's Motion for Leave to Amend its Answer is related to the Plaintiff's Motion for Class Certification, it is hereby ordered that the Court will hear arguments concerning the Motion for Leave to Amend the Answer on February 1, 2006 at the time the other motions herein are heard.

    The plaintiff is directed to file its response, if any, to the Motion for Leave to Amend no later than January 25, 2006. Any reply on behalf of the defendant shall be filed by January 27, 2006.

    AND IT IS SO ORDERED.

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

January 19, 2006
Florence, South Carolina